<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6789**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

TIMOTHY NICHOLAS RHODES,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  Malcolm J. Howard,
Senior District Judge.  (7:04-cr-00082-H-4)

Submitted:  September 30, 2010       Decided:  October 8, 2010

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Nicholas Rhodes, Appellant Pro Se.  Rudolf A. Renfer,
Jr., Assistant United States Attorney, Raleigh, North Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy N. Rhodes appeals the district court's order denying his motion for reconsideration of the denial of his 18 U.S.C. § 3582(c) (2006) motion for a reduction in sentence. Because Rhodes challenged the merits of the district court's decision in his motion to reconsider, we conclude that the district court lacked authority to consider the motion. <u>United States v. Goodwyn</u>, 596 F.3d 233, 235-36 (4th Cir. 2010).

We therefore affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>